[No. 13132.   In Bank. — August 1, 1889.]

## J. B. BELLEGARDE, RESPONDENT, v. SAN FRANCISCO BRIDGE COMPANY, APPELLANT.

APPEAL — FAILURE TO FILE UNDERTAKING IN TIME — DISMISSAL. — The failure to file an undertaking on appeal within the time limited therefor renders the attempted appeal ineffectual.   In such a case, the respondent cannot have the attempted appeal dismissed.

APPEAL from a judgment of the Superior Court of the city and county of San Francisco.

Motion to dismiss appeal.   The facts are stated in the opinion of the court.

*O'Brien, Morrison & Daingerfield*, for Appellant.

*J. D. Sullivan*, and *Henry McCrea*, for Respondent.

McFARLAND, J.—This cause is before us upon a motion of respondent to dismiss the appeal from the judgment for failure to file the transcript within the time prescribed by rule 2 of this court.

But the certificate of the clerk shows that no appeal has ever been taken, — the notice of appeal having been given January 7, 1889, and no undertaking on appeal having been filed until January 28, 1889.   In such a case the rule heretofore seems to have been to refuse to

hear the party who claims to have appealed, and to refuse to "dismiss,"—there being, really, nothing to dismiss. (*Biagi* v. *Howes*, 63 Cal. 384; *Reed* v. *Kimball*, 52 Cal. 325.)

The motion to dismiss is denied.

SHARPSTEIN, J., PATERSON, J., WORKS, J., and BEATTY, C. J., concurred.

Rehearing denied.